■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD GORDON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAVEWAY SUPERMARKETS, INC., Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CRONIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COLONIE MARKET, INC., Appellant.— Motion to dismiss appeals pursuant to section 535 of the Code of Criminal Procedure, granted by default.  Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Brink, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. E. DALY KENNY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNY PAPER & SUPPLY, INC., Appellant.— Motion to dismiss appeal granted. The order is not appealable (Code Crim. Pro., § 517; *People* v. *Stewart*, 20 A D 2d 675).  Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Brink, JJ., concur.